# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

DWAINE BARTLETT

       Petitioner

  v.

                                                                Civil Action No. 1:20-cv-175
                                                                 Arising from 1:14-cr-14

UNITED STATES OF AMERICA

       Respondent

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post- Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other: The Motion to Vacate under 28 U.S.C. 2255 is DENIED and DISMISSED WITH PREJUDICE and the court DECLINES to issue a certificate of appealability.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A. Brady on a Motion to Vacate under 28 U.S.C. 2255.

DATE: 8/11/2020                             ROBERT N. TRGOVICH, CLERK OF COURT

                                                  by   s/ B. Scheumann
                                                  *Signature of Clerk or Deputy Clerk*